THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Eric Eugene Douglas, Appellant.
 
 
 

Appeal From York County
 Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2005-UP-512
Submitted August 1, 2005  Filed September 2, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Eric Eugene Douglas appeals from his pleas of nolo contendere to 2nd degree criminal sexual conduct with a minor, contributing to the delinquency of a minor, and grand larceny, arguing the trial court erred in accepting his guilty pleas without advising him of the consequences thereof as mandated by Boykin v. Alabama, 395 U.S. 238 (1969).  Douglass counsel attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded this appeal lacks merit.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and STILWELL and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.